**Order entered July 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01078-CR

### ERIC ROSE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F11-55385-Y

## ORDER

The Court has before it appellant's June 30, 2014 motion to supplement the record. In the motion, appellant asserts that on June 5, 2014, the trial court conducted a hearing pursuant to our June 4, 2014 order and on June 9, 2014, the trial court made additional findings regarding appellant's judicial confession. Appellant asserts the supplemental records of the June 5, 2014 hearing and the trial court's written findings have not yet been filed. We received the reporter's record of the June 5, 2014 hearing on June 29, 2014, but we have not yet received the trial court's June 9, 2014 findings of fact.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental record containing the trial court's June 9, 2014 findings of fact.

We **DIRECT** the Clerk to send copies of this order to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/     LANA MYERS
           JUSTICE